IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| V. | * | CR. NO. |
| JOEL THOUSSAINT, Et.Al., | * | 2:05CR0138-T |
| | * | |
| Defendant. | * | |

## WAIVER OF SPEEDY TRIAL RIGHTS

I, Joel Thoussaint, defendant in the above styled case, do hereby waive my rights to a speedy trial as established in 18 U.S.C. 3161 et seq. I certify to the court that I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and complete explanation of my rights given to me by my attorney and,

**WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY WAIVE MY RIGHTS TO A SPEEDY TRIAL.**

2-8-06
Date

Joel Thoussaint
Defendant

Jeffery M. Duffey
Attorney for Defendant