| | | |
|---|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: February 8, 2006 | |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 10:27 - 10:33 | |

√ ARRAIGNMENT ❒ CHANGE OF PLEA ❒ CONSENT PLEA
❒ RULE 44(c) HEARING ❒ SENTENCING

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker   **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 2:05cr138-MHT-DRB   **DEFENDANT NAME:** Joel Thoussaint
**AUSA:** Christopher Snyder   **DEFENDANT ATTORNEY:** Jeff Duffey

Type counsel ( )Waived; ( )Retained; ( √ )CJA; ( )FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:** Ron Thweatt
Interpreter present? ( √ )NO; ( )YES   Name:

---

√ This is defendant's **FIRST APPEARANCE.**
√ Financial Affidavit executed. ORAL MOTION for appointment of Counsel.
√ ORAL ORDER appointing CJA Panel Attorney Jeff Duffey. Notice of Appearance to be filed.
❒ **WAIVER OF INDICTMENT** executed and filed.
❒ **INFORMATION** filed.
❒ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
**PLEA:**    √ Not Guilty
   ❒ Guilty as to:
      ❒ Count(s):
      ❒ Count(s):         ❒ dismissed on oral motion of USA
                 ❒ to be dismissed at sentencing
❒ Written plea agreement filed   ❒ **ORDERED SEALED**
❒ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Count
√ CRIMINAL TERM:   4/24/06      √ WAIVER OF SPEEDY TRIAL filed.
         **DISCOVERY DISCLOSURE DATE:   2/9/06**
❒ **ORDER:** Defendant continued under ❒ same bond;  ❒ summons; for:
      ❒ Trial on _____; ❒ Sentencing on _____
√ Defendant remanded to custody of U. S. Marshal.
      ❒ Trial on _____; or ❒ Sentencing on _____
❒ Rule 44 Hearing:   ❒ Waiver of Conflict of Interest Form executed
         ❒ Defendant requests time to secure new counsel