```
          IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF ALABAMA
                    NORTHERN DIVISION
```

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| | * |
|     **Plaintiff,** | * |
| | * |
| **V.** | * CR. NO. |
| **JOEL THOUSSAINT, Et.Al.,** | * 2:05CR0138-T |
| | * |
|     **Defendant.** | * |

**NOTICE OF ATTORNEY APPEARANCE-DEFENDANT**

Come now Jeffery C. Duffey and enters his appearance as appointed counsel for defendant Joel Thoussaint.

Respectfully submitted this 8th day of February, 2006.

                                          <u>s/Jeffery C. Duffey</u>
                                          JEFFERY C. DUFFEY
                                          Attorney for Defendant
                                          Joel Thoussaint
                                          600 South McDonough Street
                                          Montgomery, AL  36104
                                          Phone: 334-834-4100
                                          Fax: 334-834-4101
                                          email: [jcduffey@aol.com](mailto:jcduffey@aol.com)
                                          Bar No.  ASB7699F67J

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 8, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

John T. Harmon  
Todd A. Brown  
AUSA  
P.O. Box 197  
Montgomery, AL 36101

                                              Respectfully submitted,

                                              <u>s /Jeffery C. Duffey</u>  
                                              JEFFERY C. DUFFEY  
                                              Attorney for Defendant  
                                              Joel Thoussaint