## MINUTES
### IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA
☑ Northern   ☐ Southern   ☐ Eastern

HON. Delores R. Boyd   AT Montgomery, Alabama
DATE COMMENCED 2-27-2006 @ 11:03 ☑ a.m. ☐ p.m
DATE COMPLETED 2-27-2006 @ 11:11 ☑ a.m. ☐ p.m

CASE NO. 2:05cr138-LSC: 03

UNITED STATES OF AMERICA    VS.    JOEL THOUSSAINT
Plaintiff(s)                        Defendant(s)

### APPEARANCES

Plaintiff(s)/Government: ~~Todd Brown~~ Morris
Defendant(s): Jeff Duffey

### COURT OFFICIALS PRESENT:
Ctrm Clerk: S. Q. Long, Jr.
Law Clerk:
USPO/USPTS:
Crt Rptr:
Interpreter:
Other:

### PROCEEDINGS:
- ☐ Motion Hearing:
- ☐ Status Conference
- ☐ Revocation
- ☐ Settlement Conference
- ☐ Non-Jury Trial
- ☐ Other
- ☐ Oral Argument
- ☐ Scheduling Conf.
- ☐ Telephone Conf.
- ☐ Revocation/Prtrl/SupvRel/Prob
- ☐ Evidentiary Hrg.
- ☐ Show Cause
- ☐ Sentencing

☑ **Pretrial Conference**
Pending Motions: None
Discovery Status: None
Trial Status/Length: 2 Days
Plea Status: Yes
Trial Term: 4-17-06