IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | 2:05-CR-138-LSC |
| | ) | |
| JOEL THOUSSAINT | ) | |

**PRETRIAL CONFERENCE ORDER**

Appearing at the initial pretrial conference on February 27, 2005, before the undersigned Magistrate Judge, were Jeffery C. Duffey, defense counsel and Assistant United States Attorney A. Clark Morris, standing in for Assistant United States Attorney Todd A. Brown, government counsel. After due consideration of representations of counsel and other relevant matters, it is **ORDERED** as follows:

1. **Jury selection** is set for **April 17, 2006.** The trial of this case is set for the **trial term commencing on April 17, 2006**, before United States District Judge L. Scott Coogler and is expected to last two days.

2. There are no motions currently pending.

3. Proposed **voir dire questions** shall be filed on or before **April 10, 2006.** Counsel should not include questions seeking information which is provided in the jury questionnaire.

4. All **motions in limine** shall be filed on or before **April 10, 2006.** Motions in limine must be accompanied by a brief. Failure to file a brief will result in denial of the motion.

5. **Proposed jury instructions** shall be filed on or before **April 10, 2006**.

6. The court will not consider a plea pursuant to **Rule 11(c) (1)(A) or (C)** unless notice is filed on or before **noon on April 5, 2006.** The government and defendant are informed that if a defendant waits until the last minute to enter a plea, and if that plea, for whatever reason, is not accepted by the court, the defendant and the government will be expected to be prepared to go to trial on April 17, 2006. The court will not continue the trial of this case as to any defendant because a defendant's plea was not accepted. In other words, the defendant and the government should not wait until the last minute for a defendant to enter a guilty plea, and both the defendant and the government should all be ready to go to trial on April 17, 2006, as to all defendants, even though a particular guilty plea was not accepted by the court.

Done this 28th day of February, 2006.

                                          **/s/ Delores R. Boyd**
                                          DELORES R. BOYD
                                          UNITED STATES MAGISTRATE JUDGE