IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | 2:05-CR-138-LSC |
| | ) | |
| JOEL THOUSSAINT | ) | |

## ORDER

For good cause, it is

**ORDERED** that the February 28, 2006 *Pretrial Conference Order* (Doc. 86), is amended to reflect the following change:

> The last day on which the court will entertain a **Rule 11(c) (1)(A) or (C)** plea is **March 27, 2006.** The government and defendant are informed that if a defendant waits until the last minute to enter a plea, and if that plea, for whatever reason, is not accepted by the court, the defendant and the government will be expected to be prepared to go to trial on April 17, 2006. The court will not continue the trial of this case as to any defendant because a defendant's plea was not accepted. In other words, the defendant and the government should not wait until the last minute for a defendant to enter a guilty plea, and both the defendant and the government should all be ready to go to trial on April 17, 2006, as to all defendants, even though a particular guilty plea was not accepted by the court.

All other provisions remain in full force and effect.

Done this 2nd day of March, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE