```
        IN THE UNITED STATES DISTRICT COURT FOR THE
               MIDDLE DISTRICT OF ALABAMA
                    NORTHERN DIVISION

UNITED STATES OF AMERICA,    *
                             *
    PLAINTIFF,               *
                             *
V.                           *  CASE NO.  02:05-CR-0138-LSC
                             *
JOEL THOUSSAINT,             *
                             *
    DEFENDANT.               *
```

**NOTICE OF INTENT TO CHANGE PLEA**

Comes now defendant, by counsel, and hereby gives notice to the court of intent to change his plea from not guilty to guilty pursuant to a plea agreement.

Respectfully submitted this 23rd day of March, 2006.

```
                          s/Jeffery C. Duffey
                          JEFFERY C.  DUFFEY
                          Attorney for Defendant
                          Joel Thoussaint
                          600 South McDonough Street
                          Montgomery, AL  36104
                          Phone: 334-834-4100
                          Fax: 334-834-4101
                          email: jcduffey@aol.com
                          Bar No.  ASB7699F67J
```

**CERTIFICATE OF SERVICE**

I hereby certify that on March 23rd , 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Todd Brown, AUSA, P.O. Box 197, Montgomery, AL 36101.

<u>s /Jeffery C. Duffey</u>
JEFFERY C.  DUFFEY
Attorney for
Joel Thoussaint