COURTROOM DEPUTY'S MINUTES  DATE: 3/27/2006
MIDDLE DISTRICT OF ALABAMA  DIGITAL RECORDING: 3:35 – 4:02 pm
COURT REPORTER: Jimmy Dickens

☐ ARRAIGNMENT  ☑ CHANGE OF PLEA  ☐ CONSENT PLEA
☐ RULE 44(c) HEARING  ☐ SENTENCING

PRESIDING MAG. JUDGE: DRB  DEPUTY CLERK: sql
CASE NUMBER: 2:05CR138-MHT  DEFENDANT NAME: Joel THOUSSAINT
AUSA: Brown  DEFENDANT ATTORNEY: Jeff Duffey
Type counsel ( )Waived; ( )Retained; (☑)CJA; ( )FPD
( ) appointed at arraignment; ( ) standing in for: _____

PTSO/USPO:
Interpreter present? (☑)NO; ( )YES  Name:

☐ This is defendant's FIRST APPEARANCE.
☐ Financial Affidavit executed. ORAL MOTION for appointment of Counsel.
☐ ORAL ORDER appointing Federal Public Defender. Notice of Appearance to be filed.
☐ WAIVER OF INDICTMENT executed and filed.
☐ INFORMATION filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
PLEA:  ☐ Not Guilty
☑ Guilty as to:
☑ Count(s): 73s
☐ Count(s):           ☐ dismissed on oral motion of USA
74s thru 85s ☑ to be dismissed at sentencing
☑ Written plea agreement filed  ☐ ORDERED SEALED
☑ ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts 73s.
☐ CRIMINAL TERM:  ☐ WAIVER OF SPEEDY TRIAL filed.
DISCOVERY DISCLOSURE DATE:
☐ ORDER: Defendant continued under ☐ same bond; ☐ summons; for:
☐ Trial on _____; ☐ Sentencing on _____
☑ ORDER: Defendant remanded to custody of U. S. Marshal for:
☐ Trial on _____; or ☑ Sentencing on _____
☐ Rule 44 Hearing:  ☐ Waiver of Conflict of Interest Form executed
☐ Defendant requests time to secure new counsel