PROB 12C
(7/93)

# UNITED STATES DISTRICT COURT

for the

# MIDDLE DISTRICT OF ALABAMA

Petition for Warrant or Summons for Offender Under Supervision

RECEIVED 2007 MAY 16 A 11:07

| | |
|---|---|
| Name of Offender: Joel Thoussaint | Case Number: 2:05cr138-MHT |

Name of Sentencing Judicial Officer: The Honorable L. Scott Coogler, U.S. District Judge

Date of Original Sentence: June 8, 2006

Original Offense: Transportation of Counterfeited Securities

Original Sentence: 36 months probation

| | |
|---|---|
| Type of Supervision: Probation | Date Supervision Commenced: December 15, 2006 |
| Assistant U.S. Attorney: Todd A. Brown | Defense Attorney: Jeffery C. Duffey |

## PETITIONING THE COURT

[X]  To issue a warrant
[]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| **Viol. 1- Mandatory Condition: "The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon."** | On April 27, 2007, state probation officers conducted a search of the offender's apartment and found a 12 gauge shotgun. Thoussaint was taken into custody on parole violations. In a statement provided by Thoussaint, he indicated that the shotgun belonged to an associate and he was storing it for him in his apartment. Thoussaint's roommate, Marcus Long, advised in a statement that he had observed Thoussaint possess the shotgun. |

U.S. Probation Officer Recommendation:

[X]  The term of supervision should be
     [X]  revoked.
     [ ]  extended for _ years, for a total term of _ years.

[ ]  The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  May 16, 2007

/s/ Larry D. Turner
Larry D. Turner
United States Probation Officer

Reviewed and approved:  /s/ David Ron Thweatt
Supervisory U.S. Probation Officer

THE COURT ORDERS:

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

Date