IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CRIMINAL ACTION NO. |
| | ) | 2:05CR138-MHT |
| JOEL THOUSSAINT | ) | |

## **ORDER**

On 6/6/2007, pursuant to Federal Rules of Criminal Procedure 32.1, the court held a preliminary hearing in this case. The defendant waived preliminary hearing on the Petition for Revocation of Supervised Release (Doc. 134). Accordingly, it is

ORDERED that the defendant be bound over to the District Judge for further action.

Done this 7th day of June, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE