IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No.: 2:05cr138-MHT |
| | ) | |
| **JOEL THOUSSAINT** | ) | |

**MOTION TO WITHDRAW AS COUNSEL OF RECORD
AND FOR APPOINTMENT OF CJA PANEL ATTORNEY**

**COMES NOW** the undersigned counsel, Jennifer A. Hart, and files this Motion to Withdraw as Counsel of Record and for Appointment of a CJA Panel Attorney on behalf of Defendant, Joel Thoussaint. In support of this Motion, counsel states the following:

1. On June 6, 2007, the Federal Defender Office was appointed to represent Mr. Thoussaint with respect to a petition to revoke his term of supervised release. The case was then assigned to undersigned counsel.

2. On June 7, 2007, undersigned counsel discovered that a conflict exists between Mr. Thoussaint and another client of the Federal Defenders Office, which requires counsel to withdraw from further representation of Mr. Thoussaint. Undersigned counsel will provide additional information under seal if the Court so requests.

3. Attorney Jeff Duffey has agreed to represent Mr. Thoussaint in this matter. Mr. Duffey represented Mr. Thoussaint in the underlying case.

WHEREFORE, undersigned counsel prays that the Office of the Federal Defender be permitted to withdraw from the representation of Mr. Thoussaint and CJA panel attorney, Jeff Duffey, be appointed.

Dated this 7th day of June 2007

                                                Respectfully submitted,

s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189

**CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Todd A. Brown, Esq., Assistant U. S. Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

    Respectfully submitted,

    s/Jennifer A. Hart
    **JENNIFER A. HART**
    FEDERAL DEFENDERS
    MIDDLE DISTRICT OF ALABAMA
    201 Monroe Street, Suite 407
    Montgomery, AL 36104
    Phone: (334) 834-2099
    Fax: (334) 834-0353
    jennifer_hart@fd.org
    AL Bar Code: HAR189