IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:05cr138-MHT |
| **JOEL THOUSSAINT** | ) | |

<u>ORDER</u>

It is ORDERED that the revocation petition (Doc. No. 136) is set for hearing on July 10, 2007, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 7th day of June, 2007.

<u>/s/ Myron H. Thompson</u>
**UNITED STATES DISTRICT JUDGE**