IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:05cr138-MHT |
| JOEL THOUSSAINT | ) | |

### ORDER

It is ORDERED that the motion to withdraw as counsel and for appointment of CJA Panel Attorney (Doc. No. 142) is granted.

The clerk of the court is DIRECTED to arrange for the appointment of a CJA Panel Attorney.

DONE, this the 7th day of June, 2007.

　　　　　　　　　　　　　　  /s/ Myron H. Thompson
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE